# NOS. 12-19-00210-CR
# 12-19-00211-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CHARNA MAELEAN SUTTON,* *APPELLANT* | *§* | *APPEALS FROM THE* |
| *V.* | *§* | *COUNTY COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | *§* | *UPSHUR COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

A jury convicted Charna Maelean Sutton of driving while license invalid and displaying wrong, fictitious, altered, or obscured insignia. Appellant appealed.

To be sufficient to invoke the appellate court's full jurisdiction, the notice of appeal filed by an appellant in a criminal case must bear the trial court's certification of the appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification should be part of the record when the notice is filed, but may be added by timely amendment or supplementation. *Id*. In this case, Appellant's notice of appeal does not include the required certification. Nor does the clerk's record in either case contain a certification.

On May 29, 2019, this Court notified Appellant that the clerk's record failed to contain the trial court's certification of Appellant's right of appeal specifically required by Texas Rule of Appellate Procedure 25.2(d). The notice warned that, unless a supplemental clerk's record was filed with this Court in compliance with Rule 25.2(d), on or before June 10, the appeals would be referred to the Court for dismissal.

The deadline for responding to this Court's notice has expired, and the clerk's record has not been amended to show Appellant's right to appeal in either case. Therefore, the appeals are

***dismissed for want of jurisdiction***.  *See* TEX. R. APP. P. 43.2(f); *see also* ***Nyameteh v. State***, No. 12-16-00080-CR, 2016 WL 2766108 (Tex. App.—Tyler May 11, 2016, no pet.) (mem. op., not designated for publication).

Opinion delivered June 19, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JUNE 19, 2019

NO. 12-19-00210-CR

**CHARNA MAELEAN SUTTON,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the County Court

of Upshur County, Texas (Tr.Ct.No. 39674)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JUNE 19, 2019

NO. 12-19-00211-CR

**CHARNA MAELEAN SUTTON,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the County Court

of Upshur County, Texas (Tr.Ct.No. 39675)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*